IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: **ORPHGA CHRISS-TILLMAN**    )    07 B 01615
       Debtor(s)    )    Judge **HOLLIS**

ORDER TO PAY FUNDS TO THE TRUSTEE

TO: **URBAN BRANDS INC**
**100 METRO WAY**
**SECAUCUS, NJ 07094**

WHEREAS, the above named debtor has submitted a plan to pay his debts out of his future earnings, and by his plan submits all of his future earnings to the supervision and control of this Court for the purpose of carrying out the plan:

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, **URBAN BRANDS**, employer of **ORPHGA CHRISS-TILLMAN** deduct from the earnings of the debtor, the sum of $ **374.72** each **BI-WEEKLY** beginning on the next pay day following receipt of this order and to pay the sum so deducted to Chapter 13 Trustee, at least once a month at the following address:

Office of the Chapter 13 Trustee
1899 Paysphere Circle
Chicago, Illinois 60674

IT IS FURTHER ORDERED: that the employer shall stop, or change the amount of the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED that the employer notify the Trustee if the employment of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

ENTERED: **26 MAR 2007**

_____
United States Bankruptcy Judge

I agree to entry of this order without further notice or hearing

X _____
Debtor or Attorney

X **3-1-07**
Date