**Notice Recipients**

District/Off: 0752−1   User: lhatch   Date Created: 1/20/2010
Case: 07−01615   Form ID: b18   Total: 44

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Orphea Patricia Chriss−Tillman | 19060 South Burnham Avenue   Lansing, IL 60438 |
| tr | Horace Fox, JR   Lehman &Fox   6 E Monroe St   Chicago, IL 60603 | |
| aty | Peter L Berk   Law Office of Peter L. Berk   79 West Monroe   Suite 900   Chicago, IL 60603 | |
| 14577883 | ACL   PO BOx 27901   West Allis, WI 53227 | |
| 11151678 | Advocate Christ Medical Center   c/o Harris &Harris, Ltd.   600 West Jackson, Suite 400   Chicago, IL 60661 | |
| 11206118 | America's Servicing Company   Bankruptcy Department   7495 New Horizon Way, Building 4   Frederick, MD 21703 | |
| 11151679 | America's Servicing Company   McCalla Raymer et al   Bankruptcy Department   1544 Old Alabama Road   Roswell, GA 30076 | |
| 11151680 | Arrow Financial Services, Inc.   5996 W. Touhy Avenue   Niles, IL 60714 | |
| 11151681 | Ashley Stewart   Po Box 182273   Northglenn, CO 80233 | |
| 11151682 | Asset Acceptance Capital Corp.   P.O. Box 2036   Warren, MI 48090 | |
| 11161250 | Asset Acceptance LLC   Assignee− WFNNB   P O BOX 2036   Warren, MI 48090 | |
| 11151683 | Baroukh Radfar, MD   16264 Prince Drive   South Holland, IL 60473 | |
| 11151684 | Capital Management Services, Inc.   726 Exchange Street   Suite 700   Buffalo, NY 14210 | |
| 11151685 | Childrens Memorial Medical Center   75 Remittance Drive, Suite 1312   Chicago, IL 60675 | |
| 14577891 | Collection Company of America   700 Longwater Drive   Norwell, MA 02061 | |
| 11227569 | Federated Retail Holdings, Inc./Marshalls   c/o Tsys Debt Mgmt.   PO Box 137   Columubus, GA. 31902 | |
| 11151686 | Freedman Anselmo et al.   1807 W. Diehl Road   Suite 333   Naperville, IL 60563 | |
| 11348905 | HSBC Bank Nevada NA / HSBC Card Services III   by eCAST Settlement Corporation   as its agent   POB 35480   Newark NJ 07193−5480 | |
| 11151687 | Ill Coll Svc   4647 W 103rd St   Oak Lawn, IL 60453 | |
| 14577886 | Ingalls Memorial Hospital   One Ingalls Drive   Harvey, IL 60426 | |
| 11151688 | Ingalls Memorial Hospital   P.O. Box 75608   Chicago, IL 60675 | |
| 14577892 | JP Morgan Chase Bank   Illinois Market   PO Box 260180   Baton Rouge, LA 70626 | |
| 11151689 | Macy's   P.O. Box 689195   Des Moines, IA 50368−9195 | |
| 11151690 | Mrsi   2250 E Devon Ave Ste 352   Des Plaines, IL 60018 | |
| 11151692 | NCO Financial Systems, Inc.   507 Prudential Road   Horsham, PA 19044 | |
| 11246074 | National Capital Management, LLC   8245 Tournament Drive   Suite 230   Memphis, TN 38125 | |
| 11151691 | Nationwide Credit &Collection, Inc   9919 Westchester Road   Westchester, IL 60154 | |
| 11151693 | Pioneer Credit Recovery, Inc.   26 Edward Street   Arcade, NY 14009 | |
| 11174805 | Portfolio Recovery Associates   PO BOX 41067   Norfolk, VA 23541 | |
| 11151694 | Portfolio Recovery Associates, LLC   P.O. Box 12914   Norfolk, VA 23541 | |
| 14577889 | Radiology Imaging Consultants   9413 Eagle Way   Chicago, IL 60678 | |
| 11151695 | Radiology Imaging Consultants   P.O. Box 1886   Harvey, IL 60426 | |
| 11151696 | South Suburban Cardiology   4647 West Lincoln Highway   Matteson, IL 60443 | |
| 14577885 | Southwest Laboratory Physicians   Dept 77−9288   CHicago, IL 60678 | |
| 14577884 | Sullivan Urgent Aid   Dept 20−6001   PO Box 5990   Carol Stream, IL 60197 | |
| 11151697 | Triad Financial   7711 Center Av Suite 250   Huntington Beach, CA 92647 | |
| 11324933 | Triad Financial Corporation   7711 Center Avenue, #100   Huntington Beach, CA 92647 | |
| 11151698 | US Bank National Association   525 Walnut Street   Cincinnati, OH 45202 | |
| 14577890 | Van Ru Credit Corp   1350 E Touhy Avenue   Suite 100E   Des Plaines, IL 60018 | |
| 14577888 | West Asset Management Inc   PO Box 105478   Atlanta, GA 30348 | |
| 11151699 | Wffinancial   2501 Seaport Drive Bh 300   Chester, PA 19013 | |
| 11151700 | Womens Health Care Associates   4647 West Lincoln Highway   Lower Level   Matteson, IL 60443 | |
| 14577887 | World Financial Network Ntl Bank   ATtn Morgan Associates   2601 NW Expressway   Suite 205 East   Oklahoma City, OK 73112 | |
| 11575930 | eCAST Settlement Corporation   POB 35480   Newark NJ 07193−5480 | |

TOTAL: 44